IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOHN E. ADAMS                                                                      PLAINTIFF

v.                           CIVIL NO. 04-3051

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                     DEFENDANT

**O R D E R**

On this 10th day of May, 2006, the Court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the Report And Recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on April 19, 2006, the Court finds that the Magistrate Judge's recommendations should be adopted *in toto* and hereby awards plaintiff attorney's fees in the amount of $922.77, representing 6.20 hours of work at a rate of $140.00 per hour and $54.77 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

                                                           /s/ Jimm Larry Hendren
                                                           JIMM LARRY HENDREN
                                                           UNITED STATES DISTRICT JUDGE